■ GEORGE MELLIS, Respondent, v ANDREAS PAPADOPOULOS, Appellant and Third-Party Plaintiff-Appellant-Respondent. CEMA CONSTRUCTION CORP., Third-Party Defendant-Respondent-Appellant. [628 NYS2d 1012] —Order, Supreme Court, New York County (Edward H. Lehner, J.), entered on or about

September 30, 1994, unanimously affirmed for the reasons stated by Lehner, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Rubin, Asch and Williams, JJ.